IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-3004 |
| Plaintiff, | **INFORMATION** |
| vs. | Counts 1-3<br>26 U.S.C. § 7206(2): Aiding and |
| DAVID MILLER, | Assisting in the Preparation and<br>Presentation of a False and |
| Defendant. | Fraudulent Return, Statement, or<br>Other Document |
| | Counts 4-6<br>18 U.S.C. § 641: Receiving Stolen<br>Government Money or Property |

The United States Attorney charges:

## Counts 1-3

### Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return, Statement, or Other Document

In about 2012 through 2015, in the Northern District of Iowa, the defendant, DAVID MILLER, did willfully and knowingly aid and assist in, and procure, counsel, and advise B&WA; GE; and KH in the preparation and presentation to a return, affidavit, claim or other document which involved a matter arising under the Internal Revenue Service laws; that the return affidavit, claim or other document was false and fraudulent as to a material matter.

1

| Count | Tax Year | Form | Name | Tax Loss | False Items |
|---|---|---|---|---|---|
| 1 | 2012 | 1040 | B&WA | $2,397 | Schedule C, EIC, ACTC |
| 2 | 2012 | 1040 | GE | $5,727 | Schedule C, EIC, ACTC |
| 3 | 2012 | 1040 | KH | $2,778 | Schedule C, EIC, ACTC |
| Total | | | | $10,902 | |

This was in violation of 26 U.S.C. § 7206(2).

## Counts 4-6

## Receiving Stolen Government Money or Property

In or about 2013 through 2014, in the Northern District of Iowa, the defendant, DAVID MILLER, willfully and knowingly embezzled and stole by receiving, concealing and retaining money or property of the United States or any department or agency thereof, with the intent to convert said money or property to his own use or the use of another and willfully deprived CG; J&SM; and DW of the use or benefit of the money or property so taken.

| Count | Taxpayer Name | Stolen Funds | Year |
|---|---|---|---|
| 4 | CG | $2,515 | 2013 |
| 5 | J&SM | $2,053 | 2013 |
| 6 | DW | $2,583 | 2014 |
| Total | | $7,151 | |

This was in violation of 18 U.S.C. § 641.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, *[signature]*

RON TIMMONS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (Fax)
Ron.Timmons@usdoj.gov